**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Mitzi Citali Juarez Valdez,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

**NO. CV-26-05407-PHX-SPL**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed August 13, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted in part. Judgment is entered in Petitioner's favor and this case is terminated.

Daniel R. McAllister
District Court Executive/Clerk of Court

August 13, 2026

By s/ Rebecca Kobza
Deputy Clerk